NUMBER 13-09-00562-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

OASIS, A TEXAS GENERAL PARTNERSHIP, Appellant,


v.



WILLIAM P. SAGE, Appellee. 

____________________________________________________________


On appeal from the 135th District Court of Victoria County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Yañez and Benavides and Vela


Memorandum Opinion Per Curiam


 Appellant, Oasis, a Texas General Partnership, perfected an appeal from a
judgment entered by the 135th District Court of Victoria County, Texas, in cause number
05-5-62,750-B. Appellant has filed a motion to dismiss the appeal on grounds that the
parties have settled all controversies and the judgment the subject of appellant's notice of
appeal has now been set aside by the trial court. Appellant requests that this Court
dismiss the appeal.

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that the motion should be granted. See Tex. R. App.
P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. 
Costs will be taxed against appellant. See Tex. R. App. P. 42.1(d) ("Absent agreement of
the parties, the court will tax costs against the appellant."). Having dismissed the appeal
at appellant's request, no motion for rehearing will be entertained, and our mandate will
issue forthwith.

 PER CURIAM


Memorandum Opinion delivered and

filed this the 12th day of November, 2009.